DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**REBECCA ROMERO**,
Appellant,

v.

**THE BANK OF NEW YORK MELLON** f/k/a **THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2007-HY4, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HY4,**
Appellee.

No. 4D22-786

[December 22, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Janis Brustares Keyser, Judge; L.T. Case No. 502014008738.

Gregory Light of Light & Gonzalez, PLLC, Plantation, for appellant.

Dariel Abrahamy of Greenspoon Marder LLP, Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, LEVINE and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***